IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rice, Gwendolyn O

Printed: 10/7/08

Case Number: 07 B 13061
Judge: Goldgar, A. Benjamin
Filed: 7/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 5, 2008
Confirmed: October 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,892.06 |  |
| Secured: |  | 14,115.82 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,806.33 |
| Trustee Fee: |  | 1,090.51 |
| Other Funds: |  | 4,879.40 |
| Totals: | 23,892.06 | 23,892.06 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,806.33 | 3,806.33 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 7. | Hyundai Motor Finance | Secured | 25,907.06 | 10,035.72 |
| 8. | U S Auto Title Lenders | Secured | 2,617.92 | 1,800.00 |
| 9. | Saxon Mortgage Services Inc | Secured | 6,147.35 | 0.00 |
| 10. | GMAC Mortgage Corporation | Secured | 4,571.82 | 244.12 |
| 11. | CitiMortgage Inc | Secured | 4,008.64 | 1,006.82 |
| 12. | CitiMortgage Inc | Secured | 2,616.32 | 658.69 |
| 13. | GMAC Mortgage Corporation | Secured | 370.47 | 370.47 |
| 14. | ECast Settlement Corp | Unsecured | 8,583.44 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 2,225.73 | 0.00 |
| 16. | Hyundai Motor Finance | Unsecured | 0.00 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 476.60 | 0.00 |
| 18. | U S Auto Title Lenders | Unsecured | 7,121.41 | 0.00 |
| 19. | Oradent Assoc Ltd | Unsecured |  | No Claim Filed |
| 20. | Valentine & Kebartas Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 68,453.09 | $ 17,922.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 713.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rice, Gwendolyn O | Case Number: 07 B 13061 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/7/08 | Filed: 7/20/07 |

```
                    6.5%              377.17
                                    _____
                                    $ 1,090.51
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

                              _____